AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| | |
|---|---|
| United States of America<br>v.<br>Ignacio Galvez Aguilar<br><br>*Defendant(s)* | Case No. 8:25MJ382 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 24, 2025__ in the county of __Douglas__ in the _____ District of __Nebraska__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8:1326(a)<br>18:111(a)(1) | Count I Reentry of a removed alien<br><br>Count II Assaulting, resisting, opposing, impeding, intimidating and interfering with a federal officer<br><br>See attached for further descriptions |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Carl L. Wisehart, ICE Deportation Officer
Printed name and title

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date: 6/26/2025

_____
Judge's signature

City and state: Omaha, Nebraska

Ryan C. Carson, U.S. Magistrate Judge
Printed name and title

Count I: Defendant, an alien, who previously had been excluded, deported, and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 203(3) & (4) and Section 557), having expressly consented to defendant's reapplication for admission into the United States.

Count II: Defendant did then and there knowingly and intentionally forcibly assault, resist, oppose, impede, intimidate, and interfere with federal law enforcement officers, who were engaged in the performance of their official duties.

STATE OF NEBRASKA           )
                            )   AFFIDAVIT OF Carl L Wisehart
COUNTY OF DOUGLAS           )

Carl L Wisehart, being first duly sworn, hereby states that:

1. Your affiant is a Deportation Officer for the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), with over eighteen (18) years of federal law enforcement experience, duly appointed according to law and at the time of the events herein was acting in his official capacity.

2. Your affiant was previously an Immigration Enforcement Agent within ICE that was promoted to a Deportation Officer in 2011. In that capacity your affiant has had occasion to conduct numerous investigations relating to administrative and criminal violations of the Immigration and Nationality Act (INA).

3. Deportation Officers are empowered to interrogate and arrest with or without warrant, any person believed to be an alien in the United States in violation of law, pursuant to Section 287 of the Immigration and Nationality Act (INA) (8 U.S.C. 1357). This Affidavit is based upon your affiant's personal knowledge and information provided to him by other law enforcement officers involved in this investigation.

4. In his official capacity, your affiant had the opportunity to make inquiries related to Galvez Aguilar, Ignacio 208 741 763 (hereinafter "defendant") came to the attention of ICE officers on June 24, 2025, during a vehicle stop in Omaha Nebraska. ICE officers approached the vehicle, originally containing 3 persons, after it had stopped at a local business. Defendant had exited the vehicle to go into the business leaving 2 persons in the vehicle including the individual the officers believed was the target of their investigation. When defendant came out of the business, defendant saw the officers at the vehicle and ran from the scene until one of the 3 officers apprehended defendant in a foot chase. Defendant was arrested and when questioned, he stated he had previously been removed from the U.S. and that he unlawfully reentered the U.S. without inspection. Records checks showed defendant was previously removed from the U.S. on 2 prior occasions. Defendant was transported to the Omaha, Nebraska ICE office on for processing. During processing, fingerprint results confirmed defendant's identity. It was confirmed defendant had previously been ordered removed via Expedited Removal Order and was physically removed from the U.S. on 2 prior occasions.

5. Your affiant conducted inquiries including a thorough search of DHS and Federal Bureau of Investigation (FBI) records. The results of the inquiries allowed your affiant to locate and review the official alien registration file (A208 741 763), criminal history records (FBI # HWW3M2CP5), and court reports documenting defendant's state conviction(s) and removal(s) from the United States.

6. Defendant's fingerprints were scanned and submitted into the FBI's Integrated Automated Fingerprint Identification System (IAFIS). The IAFIS system compared defendant's current fingerprint impressions to fingerprint impressions maintained in the data base relating to persons who previously had been arrested by DHS or other law enforcement agencies. This comparison revealed defendant had been arrested by DHS previously.

7. As a result of the positive match of fingerprints as described in paragraph 6, your affiant was able to locate a unique alien registration file (A208 741 763) relating to this defendant. Records in that alien registration file, as well as information in various databases maintained by DHS revealed that defendant had been ordered removed and removed from the United States to Mexico prior to being found in the District of Nebraska in 2025.

8. Based on IAFIS identification of defendant's prior history, your affiant reviewed defendant's alien registration file. The alien registration file and corresponding searches of DHS indices confirmed that the defendant is an alien who has been removed from the United States on 2 prior occasions.

9. The defendant's alien registration file contains photographs, fingerprints and immigration documents identifying defendant as a citizen and national of Mexico, removed from the United States to Mexico, on 12/01/2015, and 12/06/2015 pursuant to a final Expedited Removal Order issued on 12/01/2015 in McAllen, Texas.

10. A search of DHS indices failed to produce any current record of an application for lawful entry or lawful admission into the United States.

11. Affiant believes there is probable cause that defendant is in violation of 8 United States Code, §1326(a), an alien who is found in the United States after having been removed and who had departed while an order of removal was outstanding and unlawfully re-entered without having obtained the consent of the Secretary of Homeland Security to reapply for admission to the United States.

12. Affiant believes there is probable cause that defendant is in violation of 18 United States Code, §111, Assaulting, resisting, or impeding certain officers or employees in that he resisted by fleeing the scene on foot, also initially impeding the officers' efforts to identify the individuals left in the vehicle.

Affiant states that all statements contained in this affidavit are true and correct to the best of his knowledge.

_____
Carl L Wisehart, Deportation Officer
Immigration and Customs Enforcement

Sworn to before me by telephone or other reliable electronic means:

Date: June 26, 2025

City and State: Omaha, Nebraska

_____
Ryan C. Carson, U.S. Magistrate Judge